JOSEPH H. HUNT
Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
ABRAHAM C. MELTZER, AUSA
Deputy Chief, Civil Fraud Section
California State Bar No. 162659
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.7155|F: 213.894.7819
    Email: abraham.meltzer@usdoj.gov
JAMIE YAVELBERG
NATALIE WAITES PRIDDY
Attorneys, Civil Division
United States Department of Justice
    175 N Street, NE, Room 10.222
    Washington, D.C. 20002
    T: 202.616.2964
    Email: natalie.a.waites@usdoj.gov
Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALEXANDER VOLKOFF, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>JANSSEN PHARMACEUTICA N.V.; JANSSEN PHARMACEUTICALS, INC.; JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON; and; ORTHO-MCNEIL,<br><br>    Defendants. | No. CV 18-03591-RGK (RAOx)<br><br>[~~PROPOSED~~] ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND PARTIAL UNSEALING OF CASE<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND STIPULATION RE PARTIAL UNSEALING OF CASE] |

The United States of America ("United States") having declined to intervene in the above-captioned action ("this action") pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the United States and *qui tam* plaintiff Alexander Volkoff, LLC (the "relator") having stipulated to the unsealing of the case with certain exceptions, the Court now orders as follows:

IT IS ORDERED that:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The Complaint is unsealed and the relator shall serve it upon the defendants;

2. This Order and the Notice of Election by the United States to Decline Intervention and Stipulation Re Unsealing of Case are both unsealed, and the relator shall serve both upon the defendants with the Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3);

//
//
//

6. Should the relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATED: NOV 08 2018

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On November 6, 2018, I served

**[PROPOSED] ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND PARTIAL UNSEALING OF CASE**

on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: November 6, 2018. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to whom mailed: SEE ATTACHED LIST**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: November 6, 2018, at Los Angeles, California.

ZENAIDA ROSACIA

3

## SERVICE LIST

**THE LAW OFFICE OF MYCHAL WILSON**
Mychal Wilson
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401
Tel: 424.252.4232

**CUTTER LAW PC**
C. Brooks Cutter
John R. Parker, Jr.
401 Watt Avenue
Sacramento, CA 95864
Tel: 916.290.9400