**CUTTER LAW PC**
C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
401 Watt Avenue
Sacramento, CA 95864
Telephone:   (916) 290-9400
Facsimile:    (916) 588-9330
E-mails:       bcutter@cutterlaw.com / jparker@cutterlaw.com

**THE LAW OFFICE OF MYCHAL WILSON**
Mychal Wilson SBN 236189
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401
Telephone: (424) 252-4232
Facsimile: (310) 424-7116
E-mail:  mw@mychalwilsonesq.com

*Attorneys for Relator*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and | Case No. CV18-03591 |
| THE STATES OF ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MISSOURI, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, | **RESPONSE TO ORDER TO SHOW CAUSE**<br><br>[Local Rule 83-1.3] |

-1-

TENNESSEE, VERMONT, VIRGINIA, WASHINGTON, AND THE DISTRICT OF COLUMBIA
ex rel.
ALEXANDER VOLKOFF, LLC,

                     Relator,

vs.

JANSSEN PHARMACEUTICA N.V., JANSSEN PHARMACEUTICALS, INC., and JANSSEN RESEARCH & DEVELOPMENT, LLC, JOHNSON & JOHNSON, and ORTHO-MCNEIL

Defendants.

The Relator in this matter, ALEXANDER VOLKOFF, LLC, has been in the process of obtaining permission to dismiss this case for more than one month. While the federal government has communicated its necessary consent to dismissal without prejudice, required under 31 U.S.C. section 3730(b)(1), consent to dismiss is also required from each of the States that are named as parties in the complaint. Relator has been in contact through its counsel with the Attorneys General of those States, and with the representative of the National Association of Medicare Fraud Control Units (NAMFCU) to coordinate obtaining the States' permission to dismiss this matter. Attached as **_Exhibit A_** is a true and correct copy of a letter from the Assistant Attorney General of the District of Columbia confirming authorization to dismiss the case without prejudice (the District of Columbia is not part of NAMFCU). Attached as **_Exhibit B_** is a true and correct chart documenting consent to dismiss from various NAMFCU-participating States prepared by Deputy Attorney General Carlotta Hivoral, who is in charge of NAMFCU coordination in this matter. As of the time of this filing, consent for

Response to Order to Show Cause

Delaware and New York has not yet been confirmed through NAMFCU or undersigned conusel, but Relator anticipates obtaining that consent very soon, and will prepare a request for dismissal without prejudice as soon as consent has been obtained from all the party States.

Dated: May 8, 2018                    ALEXANDER VOLKOFF, LLC, Relator


By: */s/ John R. Parker, Jr.*
C. Brooks Cutter
John R. Parker, Jr.
CUTTER LAW PC
401 Watt Avenue
Sacramento, California 95864
Telephone:     (916) 448-9800
Facsimile:     (916) 669-4499

Mychal Wilson SBN 236189
The Law Offices of Mychal Wilson
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401
Telephone: (424) 252-4232
Facsimile: (310) 424-7116


*Attorneys for Relator Alexander Volkoff, LLC*

Response to Order to Show Cause