**THE LAW OFFICE OF MYCHAL WILSON**
Mychal Wilson SBN 236189
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401
Telephone: (424) 252-4232
Facsimile: (310) 424-7116
E-mail: mw@mychalwilsonesq.com

**CUTTER LAW PC**
C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330
E-mails: bcutter@cutterlaw.com / jparker@cutterlaw.com

JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and<br><br>THE STATES OF ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MISSOURI, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, VERMONT, VIRGINIA, WASHINGTON, AND THE DISTRICT OF COLUMBIA<br>ex rel. | Case No. CV18-03591-RGK-RAO<br><br>**[~~PROPOSED~~] ORDER** |

| | |
|---|---|
| 1 | ALEXANDER VOLKOFF, LLC, |
| 2 | Relator, |
| 3 | vs. |
| 4 | JANSSEN PHARMACEUTICA N.V., |
| 5 | JANSSEN PHARMACEUTICALS, INC., and JANSSEN RESEARCH & |
| 6 | DEVELOPMENT, LLC, JOHNSON & JOHNSON, and ORTHO-MCNEIL |
| 7 | |
| 8 | Defendants. |

## [PROPOSED] ORDER

Upon the written request of Relator Alexander Volkoff, LLC, and the written consent of the United States and consent of the States and the District of Columbia named as parties to this action, this action is hereby dismissed without prejudice for lack of jurisdiction.

**IT IS SO ORDERED**

**Dated: April 19, 2019**

*Gary Klausner*
_____
Hon. R, Gary Klausner
United States District Judge